# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| KIM PETSALIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:16-CV-290-PRC |
| ) | |
| FRANCISCAN ALLIANCE, INC., ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court on a Joint Stipulation of Dismissal Without Prejudice [DE 23], filed by the parties on January 5, 2017. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have done so in this case, dismissing all claims without prejudice. Accordingly, the Court **ACKNOWLEDGES** that Plaintiff's Complaint is therefore **DISMISSED without prejudice**.

SO ORDERED this 9th day of January, 2017.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: Plaintiff, *pro se*